FILED - GR
February 16, 2017 9:50 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns / ____ Scanned: MW/2/17

Mr. Roger Dale Roberts
3548 Roosevelt Road
Muskegon, Michigan 49441
231-329-2411
rd.roberts58@yahoo.com

Feb., 14th., 2017

Clerk of the Court
United States District Court
Western District of Michigan
110 Michigan St., N.W., Suite 399
Grand Rapids, Michigan 49503
616-456-2381

Re: Case Id. No. 1:17-cv-141, Exhibits requested

Clerk of the United States District Court for the Western District of Michigan:

Per your request, Feb 13th., 2017, Please find enclosed eight exact duplicate original copies of a exhibits "A", "B", and "C", as described in the complaint. One for each of the six defendants and two original copies for the Court.

Please place these pleadings in the appropriate docket so they may be properly heard. Thank you in advance for your prompt attention to this matter.

Truly, yours

*[signature]*

Mr. Roger D. Roberts
  Pro Per
  Plaintiff/Petitioner

Mr. Roger Dale Roberts
3548 Roosevelt Road
Muskegon, Michigan 49441

Clerk of the Court
United States District Court
Western District of Michigan
110 Michigan St., N.W., Suite 399
Grand Rapids, Michigan 49503

US POSTAGE PAID
$7.20

Origin: 49440
Destination: 49503
1 Lb 7.20 Oz
Feb 15, 17
2565300220-15

PRIORITY MAIL ®1-Day

1005

Expected Delivery Day: 02/16/2017    C020

USPS TRACKING NUMBER

9505 5112 7929 7046 0904 50