# EXHBIT "A"

## SEE PROBABLE CAUSE HEARING
## 60TH., JUDICIAL DISTRICT COURT, OCT., 31ST., 2008

FOR A CERTIFIED, TRUE, ACCURATE TRANSCRIPTION OF JAMES DAVIS' TESTIMONY

```
 1                      STATE OF MICHIGAN

 2            SIXTIETH DISTRICT COURT (MUSKEGON COUNTY)

 3

 4  THE PEOPLE OF THE STATE OF MICHIGAN,

 5  v                                    District Court File
                                         Number: 08-105995-FY
 6  ROGER DALE ROBERTS,

 7                 Defendant.
    _____/
 8

 9
                  COMPLAINT AND WARRANT AUTHORIZATION
10
                   BEFORE MAGISTRATE MICHAEL VANEPPS
11
            Muskegon, Michigan - Friday, October 31, 2008
12

13
    APPEARANCES:
14
    For the People:      None.
15
    For the Defendant:   None.
16

17
    Recorded by:         MAGISTRATE MICHAEL VANEPPS
18
    Transcribed by:      VALERIE ALCORN (CER-6232)
19                       Certified Electronic Court Reporter
                         (231) 724-6349
20

21

22

23

24

25
```

1              TABLE OF CONTENTS

2  **WITNESSES: PEOPLE**                                       PAGE

3  OFC. JAMES DAVIS                                             3
   Norton Shores Police Department

4

5  **WITNESSES: DEFENDANT**

6  None.

7
   **EXHIBITS:**                                 IDENTIFIED   RECEIVED
8
   None.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

VALERIE ALCORN  CER6232
OFFICIAL ELECTRONIC COURT REPORTER
60TH DISTRICT COURT
MUSKEGON, MICHIGAN

```
 1              Muskegon, Michigan
 2        Friday, October 31, 2008 at 3:31 p.m.
 3        MAGISTRATE VANEPPS:  Do you solemnly swear or affirm
 4  to tell the truth, the whole truth and nothing but the truth,
 5  so help you?
 6        OFFICER DAVIS:  I do.
 7              OFFICER JAMES DAVIS
 8        Sworn by the Magistrate at 3:31 p.m., testified:
 9        MAGISTRATE VANEPPS:  08-105995-FY, People of the
10  State of Michigan versus Roger Roberts.  One count of Child
11  Sexual Abusive Activity with a Habitual Fourth.
12        THE WITNESS:  Officers were dispatched to meet with
13  the victim and her mother at the hospital to alleged sexual
14  assault by Mr. Roberts.  Mr. Roberts is the owner of Power
15  House Gym.  He ran an add in the paper for a model.  The
16  victim responded to the add.  She is 17-years-old.  He
17  gave her a pass to use the gym, free tanning to tan and
18  advised her he would be taking pictures of her clothed and
19  nude.  She met with him at his house.  She was 17-years-old
20  at the time.  He told her and her parents that photographs
21  couldn't be released until she was 18, so he would just hang
22  on to them until then.  Meets her at the house.  Once there,
23  he begins taking pictures of her.  She takes off her top -
24  says she's not comfortable doing this.  He tells her she needs
25  to relax.  Goes up to her, drops his pants, sticks his penis
```

1   and his genitals in her face forcing her to have oral sex --
2   perform oral sex on him. She tells him, "Please stop." He
3   tells her she needs to relax - this is how she's going to make
4   it in the business. He then gets her on the bed. She's
5   face down on the bed - he penetrates her vaginally from
6   behind. She tells him, "Please get off me. Stop. This isn't
7   right." He says, "You got to get used to this for the
8   business." Takes his cellphone camera out and takes small
9   video clips of him doing this - penetrating her and having
10  sexual relations with her. Tells her he could use these for a
11  demo tape for her, but again won't release them until she's
12  18. This goes on. She ends up leaving. Tells her parents.
13  They do the rape kit to see if she had sex, which it does show
14  the sexual -- that she had had sex. He admitted to doing
15  these things, but says he felt it was consensual, she wanted
16  the nude photographs and pornography, so he was just there as
17  the photographer doing it and had told her and her parents
18  that this often happens between the photographer and the
19  model. He has three prior felonies in Muskegon County for
20  building violations and builder contract violations.
21          MAGISTRATE VANEPPS: Okay. I find probable cause to
22  exist and will therefore sign the warrant as written.
23          (Proceedings were concluded at 3:33 p.m.)
24
25

```
 1  STATE OF MICHIGAN    )
 2                       )
 3  COUNTY OF MUSKEGON   )
 4
 5          I certify that this transcript, consisting of 5 pages,
 6      is a complete, true, and correct transcript of the
 7      proceedings and testimony taken in this case on Friday,
 8      October 31, 2008.
 9
10
11  February 13, 2015                  Valerie Alcorn (CER-6232)
    Date
12                                     Certified Electronic Reporter
                                       60th District Court
13                                     Muskegon, Michigan 49442
14
15
16
17
18
19
20
21
22
23
24
25
```

VALERIE ALCORN  CER6232

OFFICIAL ELECTRONIC COURT REPORTER
60TH DISTRICT COURT
MUSKEGON, MICHIGAN

5