UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROGER DALE ROBERTS, | ) | |
|         Plaintiff, | ) | |
| | ) | No. 1:17-cv-141 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| CITY OF NORTON SHORES, et al., | ) | |
|         Defendants. | ) | |
| | ) | |

## JUDGMENT

Having dismissed the claims in this lawsuit, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  March 10, 2017                     /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               United States District Judge